**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | ) | |
|---|---|---|
| IN RE: | ) | CASE NO.  24-10144-PMM |
| CHRISTINA HERNANDEZ | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS  2614 MILBURN AVE, READING, NY 11510 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER \*\*\*\*\*\*\*2186**

NOW COMES The Bank of New York Mellon, f/k/a The Bank of New York as

successor in interest to JPMorgan Chase Bank, N.A. as Trustee for NovaStar Mortgage Funding

Trust, Series 2005-2, NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-2, by

and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes

its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it

be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and

be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
PABKR@brockandscott.com

PHH Mortgage Corporation
1661 Worthington Rd.
Ste. 100
West Palm Beach, Florida 33409

21-05204 BKPOC02

 

Please take notice that the undersigned hereby appears as counsel for The Bank of New York Mellon, f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for NovaStar Mortgage Funding Trust, Series 2005-2, NovaStar Home Equity Loan Asset-Backed Certificates, Series 2005-2 pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,


/s/Mario Hanyon
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

21-05204 BKPOC02