**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Christina Hernandez                              CHAPTER 13
                    Debtor(s)

                                                                    BKY. NO. 24-10144 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon Trust Company, N.A. fka The Bank of New York Trust Company, N.A. as Trustee for BAYVIEW COMMERCIAL ASSET TRUST 2008-3, ASSET BACKED SECURITIES and index same on the master mailing list.

                                       Respectfully submitted,

                                  /s/ Mark A. Cronin
                                  Mark Cronin
                                  26 Jan 2024, 09:59:00, EST

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322