**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**   Christina Hernandez,

                                  :      Chapter 13
                                  :
                                  :      Case No. 24-10144 (PMM)
                                  :

**Debtor.**

**ORDER DISMISSING BANKRUPTCY CASE AND BARRING DEBTOR**

**AND NOW** a hearing with regard to the Order to Show Cause (doc. # 7) having been held and concluded on February 1, 2024;

AND for the reasons stated on the record in open court;

AND upon consideration of the fact that the Debtor is the debtor in an unrelated, open case pending before this Court, see Bankr. Case No. 20-10788;

AND upon further consideration of the Debtor's three prior filings before this Court;

It is hereby **ordered** that:

1) This bankruptcy case is **dismissed** for filing in bad faith; and

2) The Debtor is **barred from filing another bankruptcy case, either individually or jointly with a spouse, within 180 days of the date of this Order without further leave of Court.**

Date:   02/01/2024

                                                *Patricia M. Mayer*
                                              **PATRICIA M. MAYER**
                                              **U.S. BANKRUPTCY JUDGE**

Christina Hernandez
450 S. 7th Street
Reading, PA 19602