United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10144-pmm |
| Christina Hernandez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 01, 2024 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christina Hernandez, 450 South 7th St, Reading, PA 19602-2413 |
| 14847070 | + | PHH MORTGAGE, PO BOX 66002, LAWRENCEVILLE, NJ 08648-6002 |
| 14849672 | + | The Bank of New York Mellon Trust Company, N.A. Th, c/o Mark Cronin, KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14849413 | + | The Bank of New York Mellon, f/k/a The Bank of New, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 02 2024 00:26:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 02 2024 00:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 02 2024 00:26:00 | The Bank of New York Mellon, f/k/a The Bank of New, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| 14849274 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 02 2024 00:26:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 14849273 | + | Email/Text: EBN@brockandscott.com | Feb 02 2024 00:26:00 | The Bank of New York Mellon ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14849276 | | *CID1157077* *DID200399*, BarNumber:84439 |
| 14849275 | | 21-05204 BKPOC02 |
| 14849414 | *+ | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 01, 2024 | Form ID: pdf900 | Total Noticed: 9 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2024            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MARIO J. HANYON | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York as successor in interest to JPMorgan Chase B wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARK A. CRONIN | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A. fka The Bank of New York Trust Company, N.A. as Trustee for BAYVIEW COMMERCIAL ASSET TRUST 2008-3, ASSET BACKED SECURITIES bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Christina Hernandez,

: Chapter 13
:
: Case No. 24-10144 (PMM)
:

Debtor.

### ORDER DISMISSING BANKRUPTCY CASE AND BARRING DEBTOR

**AND NOW** a hearing with regard to the Order to Show Cause (doc. # 7) having been held and concluded on February 1, 2024;

AND for the reasons stated on the record in open court;

AND upon consideration of the fact that the Debtor is the debtor in an unrelated, open case pending before this Court, see Bankr. Case No. 20-10788;

AND upon further consideration of the Debtor's three prior filings before this Court;

It is hereby **ordered** that:

1) This bankruptcy case is **dismissed** for filing in bad faith; and

2) The Debtor is **barred from filing another bankruptcy case, either individually or jointly with a spouse, within 180 days of the date of this Order without further leave of Court.**

Date: 02/01/2024

*Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Christina Hernandez
450 S. 7th Street
Reading, PA 19602